1  Lawrence J. Gornick (SBN 136290)
2  Emily Charley (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Tel: (415) 646-7160
   Fax: (415) 981-1270
5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 LINDA J. GANTT AND ROBERT L. GANTT    )   No. C 06 1630 SI
                                         )
11                    Plaintiffs,        )   Before the Honorable Susan Illston
                                         )
12         vs.                           )   **[PROPOSED] ORDER VACATING**
                                         )   **AND/OR CONTINUING CASE**
13                                       )   **MANAGEMENT CONFERENCE**
   ASTRAZENECA PHARMACEUTICALS, L.P.,    )
14 et al,                                )   Conference Date:   JUNE 30, 2006
                                         )   Conference Time:   2:00 pm
15                    Defendant.         )   Location:          Courtroom 10, 19th Fl.

16

17         For the reasons set forth in the Joint Case Management Conference Statement, the Court

18 hereby continues the Case Management Conference ("CMC") presently schedule for June 30, 2006,

19 until _10/27/06_____, at _2:00 p.m._. In the event the case is not transferred as part of the

20 MDL No. 1596 – *In re Zyprexa Liability Litigation* and/or MDL No. 1769 – *In re Seroquel Products*

21 *Liability Litigation* far enough in advance of the new CMC date, the parties shall file a Joint CMC

22 Statement at least 7 court days before the new CMC, pursuant to this Court's Standing Order.

23

24     **IT IS SO ORDERED**

25

26     DATED:                                       _/s/ Susan Illston_
27                                                  _____
                                                    HONORABLE SUSAN ILLSTON
28                                                  United States District Court Judge

NS