1   LAWRENCE J. GORNICK, ESQ. (SBN 136290)
    DENNIS J. CANTY, ESQ. (SBN 207978)
2   EMILY CHARLEY, ESQ. (SBN 238542)
    **LEVIN SIMES KAISER & GORNICK LLP**
3   One Bush Street, 14th Floor
    San Francisco, California 94104
4   Telephone    (415) 646-7160
    Facsimile    (415) 981-1270
5
6   Attorneys for Plaintiffs

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  LINDA GANTT and ROBERT GANTT,              Case No. C 06 1630 SI

12                        Plaintiffs,          **STIPULATION AND REQUEST FOR
                                               VOLUNTARY DISMISSAL OF**
13              v.                             **JANSSEN, L.P., JANSSEN
                                               PHARMACEUTICA INC., AND**
14  ASTRAZENECA PHARMACEUTICALS,               **JOHNSON & JOHNSON AND**
    L.P., ASTRAZENECA, L.P., ELI LILLY AND     **ASTRAZENECA**
15  COMPANY, JOHNSON & JOHNSON                  **PHARMACEUTICALS, L.P.,**
    COMPANY, AND JANSSEN                        **ASTRAZENECA, L.P.**
16  PHARMACEUTICA PRODUCTS, L.P. A/K/A
    JANSSEN, L.P., A/K/A JANSSEN
17  PHARMACEUTICA, L.P., A/K/A JANSSEN          **HON. SUSAN ILLSTON**
    PHARMACEUTICA, INC.,
18
19                        Defendants.

20      Pursuant to Fed.R.Civ.Pro. 41(a), Plaintiffs request dismissals without prejudice of **ONLY**

21  defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and JOHNSON & JOHNSON,

22  and ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., from the above-

23  captioned action.  Defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and

24

25  ///

26  ///

27  ///

28  ///

STIPULATION AND VOLUNTARY DISMISSAL                                          PAGE 1

1   JOHNSON & JOHNSON, having filed an answer in this action, stipulate to that dismissal.

2

3   Dated:July ___, 2006                    Dated: July 6 , 2006

4
    LEVIN SIMES KAISER & GORNICK LLP        DRINKER BIDDLE & REATH LLP
5

6   _____                   _____
    Dennis J. Canty                         Charles F. Preuss
7   Attorneys for Plaintiff                 Steven M. Selna
                                            Owen J. Rescher
8                                           Attorneys for Defendants
                                            Janssen, L.P., Janssen Pharmaceutica Inc., and
9                                           Johnson & Johnson

10  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11  Dated:_____                     _____

12                                          The Honorable Susan Illston
                                            United States District Court Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND VOLUNTARY DISMISSAL                                          PAGE 2